AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

LUKE D.,

        Plaintiff

v.

KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00028-PK

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

October 6, 2023
*Date*

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge